No. 91–112.  CRAMER v. SKINNER, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 91–120.  HISPANIC BROADCASTING LIMITED PARTNERSHIP v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 91–130.  HISPANIC BROADCASTING SYSTEMS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.  Reported below: 289 U. S. App. D. C. 228, 931 F. 2d 73.

No. 91–125.  ACIERNO v. SKINNER, SECRETARY OF TRANSPORTATION, ET AL.  C. A. 3d Cir.  Certiorari denied. ▮

No. 91–132.  LITTLEFIELD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 91–133.  BROOKHURST, INC., AS SUCCESSOR BY MERGER WITH COMMERCIAL UNIFORM CO. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 91–143.  TOBIN ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ▮

No. 91–152.  FRUHWIRTH v. BALTIMORE CITY POLICE DEPARTMENT ET AL.  C. A. 4th Cir.  Certiorari denied. ▮

No. 91–168.  RUTANA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 91–181.  AGRO SCIENCE CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied. ▮

No. 91–185.  ANTOON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 91–213.  MCCALL v. CITY OF BIRMINGHAM, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied. ▮

No. 91–226.  KELLY KARE, LTD., ET AL. v. O'ROURKE, WESTCHESTER COUNTY EXECUTIVE, ET AL.  C. A. 2d Cir.  Certiorari denied. ▮